THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| ANDREW WILLIAM MACSORLEY, | * | Case No. 18-19964 |
| | | Chapter 7 |
| Debtor. | * | |
| * * * * * * * * * * * * * | | |
| NATIONSTAR MORTGAGE LLC, | * | |
| Movant. | * | |
| v. | * | |
| ANDREW WILLIAM MACSORLEY, et al., | * | |
| Respondents. | * | |
| * * * * * * * * * * * * * | | |

CONSENT TO TERMINATION OF AUTOMATIC STAY

The undersigned Chapter 7 Trustee hereby consents to termination of the automatic stay to permit repossession or foreclosure of the following property, provided surplus proceeds, if any, be remitted to the estate.

Property Description:   245 Duke of Kent Street

Dated:  8/9/18                              /S/ Monique D. Almy_
                                            Monique D. Almy, Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2018, a copy of the foregoing Consent was sent via ECF notification to the following parties registered to receive ECF notices in this case.

- James Gordon Bell    bankruptcy@bww-law.com
- Carolyn Gilden Krohn    carolynkrohn@gmail.com, amanda@nagerlaw.com, alon@nagerlaw.com, nagerar70680@notify.bestcase.com, carolyn@nagerlaw.com
- Namrata Loomba    nloomba@orlans.com, ecfaccount@orlans.com; ANHSOrlans@InfoEx.com
- Alon Nager    alon@nagerlaw.com, amanda@nagerlaw.com; nagerar70680@notify.bestcase.com; carolyn@nagerlaw.com

                                            /S/ Monique D. Almy_____
                                            Monique D. Almy, Chapter 7 Trustee

46307313.1